# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JOSEPH JAMES BILOTTI, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3134

[December 1, 2022]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 50-2021-MM-004121-AXXX-MB.

Claudia T. Pastorius of Claudia T. Pastorius, P.A., Melbourne, for appellant.

Scott B. Cosgrove, Ronald J. Tomassi and William A. O'Leary of Leon Cosgrove, LLP, Miami, and Ashley Moody, Attorney General, Tallahassee, Sarah Cortvriend, Chief of Litigation, Consumer Protection Division, Office of the Attorney General, West Palm Beach, and Victoria A. Butler, Director, Consumer Protection Division, Office of the Attorney General, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***